IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PETERS, DOLORES R. | ) | |
| | ) | CASE NO. 05-35945 JS |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**<u>TRUSTEE'S FINAL REPORT</u>**

To:   THE HONORABLE
       BANKRUPTCY JUDGE JACK B. SCHMETTERER

   NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.   A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 09/07/05. BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 09/07/05. The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.   The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B. The scheduled value of property abandoned is $289,700.00. The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.   A summary of the Trustee's Final Report as of July 6, 2008 is as follows:

   a.   RECEIPTS (See Exhibit C)                          15,747.66
   b.   DISBURSEMENTS (See Exhibit C)                      6,863.54
   c.   NET CASH available for distribution                8,884.12
   d.   TRUSTEE/PROFESSIONAL COSTS
        1.   Trustee compensation requested                2,324.77
             (See Exhibit E)

|   |   |   |   |
|---|---|---|--:|
| | 2. | Trustee Expenses (See Exhibit E) | 1,416.17 |
| | 3. | Compensation requested by attorney or other professionals for trustee (See Exhibit F) | 891.25 |

5. The Bar Date for filing unsecured claims expired on 01/11/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

|   |   |   |--:|
| a. | Allowed unpaid Secured Claims | 0.00 |
| b. | Chapter 7 Administrative and 28 U.S.C. §1930 Claims | 4,632.19 |
| c. | Allowed Chapter 11 Administrative Claims | 0.00 |
| d. | Allowed Priority Claims | 3,506.51 |
| e. | Allowed Unsecured Claims | 29,069.30 |

7. Trustee proposes that unsecured creditors receive a distribution of 2.59% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $614.81. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $891.25. The total of Chapter 7 professional fees and expenses requested for final allowance is $4,632.19 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $1,985.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

Dated: July 6, 2008      By: /s/ Bradley J. Waller
            BRADLEY J. WALLER, TRUSTEE
            KLEIN, STODDARD, BUCK, WALLER
            2045 ABERDEEN COURT
            SYCAMORE, IL  60178

Dolores Peters
05-35945

## TASKS PERFORMED BY TRUSTEE

      The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors.  This case consisted of a bakery, the real estate that housed the bakery and a tractor.  The Trustee attempted to sell the bakery and real estate, but was unsuccessful.  The tractor was sold with court approval.

      The Trustee prepared semi-annual reports to the United States Trustee's Office.

      The Trustee managed the estate's cash on hand.  This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

      The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

      The Trustee attended to tax issues concerning the estate.

      The Trustee reviewed the claims filed in this case and objected to Claim #5:  Great Lakes Bank, N.A.

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 05-35945 JS  
**Case Name:** PETERS, DOLORES R.  
**Period Ending:** 07/06/08

**Trustee:** (330500)   BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 09/07/05 (f)  
**§341(a) Meeting Date:** 10/04/05  
**Claims Bar Date:** 01/11/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 120,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | BAKERY | 160,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | BANK ACCOUNT | 0.00 | 0.00 | DA | 0.00 | FA |
| 4 | SECURITY DEPOSIT-COMED | 4,000.00 | 0.00 | DA | 0.00 | FA |
| 5 | EARNEST MONEY-COLDWELL BANKER | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6 | HOUSEHOLD GOODS | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 7 | WEARING APPAREL | 200.00 | 0.00 | DA | 0.00 | FA |
| 8 | WHOLE LIFE INSURANCE | 500.00 | 0.00 | DA | 0.00 | FA |
| 9 | POSSIBLE CLAIM VS. GREAT LAKES BANK | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | CLAIM FOR BREACH OF R/E CONTRACT | Unknown | 0.00 | DA | 0.00 | FA |
| 11 | 1995 FORD VAN | 500.00 | 0.00 | DA | 0.00 | FA |
| 12 | BAKERY EQUIPMENT | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 13 | JOHN DEERE TRACTOR | 6,200.00 | 13,750.00 | | 13,750.00 | FA |
| 14 | TRACTOR ACCESSORIES  (u)<br>    Includes:  Danuse Post Hole Digger, JD Bush Mower, Kasco Harrow, Hinike Rear Plow Blade | 0.00 | 1,875.00 | | 1,875.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 122.66 | Unknown |
| 15 | **Assets**     **Totals**  (Excluding unknown values) | **$295,900.00** | **$15,625.00** | | **$15,747.66** | **$0.00** |

Printed: 07/06/2008 03:46 PM     V.10.03

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: | 05-35945 JS | Trustee: (330500) | BRADLEY J. WALLER |
|---|---|---|---|
| Case Name: | PETERS, DOLORES R. | Filed (f) or Converted (c): | 09/07/05 (f) |
|  |  | §341(a) Meeting Date: | 10/04/05 |
| Period Ending: | 07/06/08 | Claims Bar Date: | 01/11/06 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) abandon. DA=§554(c) abandon. | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):** December 31, 2007       **Current Projected Date Of Final Report (TFR):** July 5, 2008 (Actual)

Printed: 07/06/2008 03:46 PM    V.10.03

| | Form 2 | | | | | Page: 1 |
|---|---|---|---|---|---|---|
| | **Cash Receipts And Disbursements Record** | | | | | |

**Case Number:** 05-35945 JS  **Trustee:** BRADLEY J. WALLER (330500)
**Case Name:** PETERS, DOLORES R.  **Bank Name:** JPMORGAN CHASE BANK, N.A.
 **Account:** ***-*****45-65 - Money Market Account
**Taxpayer ID #:** 13-7514680  **Blanket Bond:** $5,000,000.00 (per case limit)
**Period Ending:** 07/06/08  **Separate Bond:** N/A

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 04/11/06 | | American Auction Associates, Inc. | Gross Auction Proceeds for Sale of Tractor and Tractor Accessories | | 15,625.00 | | 15,625.00 |
| | {13} | | 13,750.00 | 1129-000 | | | 15,625.00 |
| | {14} | | 1,875.00 | 1229-000 | | | 15,625.00 |
| 04/19/06 | 1001 | John Deere Credit | Payment for secured collateral note on equipment sold | 4210-000 | | 6,163.91 | 9,461.09 |
| 04/19/06 | 1002 | American Auction Associates, Inc | Auction Expenses per court order of 06/06/2006 | 3620-000 | | 614.81 | 8,846.28 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.49 | | 8,851.77 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.43 | | 8,858.20 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.02 | | 8,864.22 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.02 | | 8,870.24 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.03 | | 8,876.27 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.64 | | 8,881.91 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 6.22 | | 8,888.13 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.84 | | 8,893.97 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 5.65 | | 8,899.62 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.93 | | 8,905.55 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.43 | | 8,909.98 |
| 03/01/07 | 1003 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #05-35945 | 2300-000 | | 7.28 | 8,902.70 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.75 | | 8,907.45 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.91 | | 8,912.36 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.91 | | 8,917.27 |

 **Subtotals :** **$15,703.27** **$6,786.00**

{} Asset reference(s)  Printed: 07/06/2008 03:46 PM  V.10.03

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| Case Number: | 05-35945 JS | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | PETERS, DOLORES R. | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****45-65 - Money Market Account |
| Taxpayer ID #: | 13-7514680 | | Blanket Bond: | $5,000,000.00   (per case limit) |
| Period Ending: | 07/06/08 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.60 | | 8,921.87 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.08 | | 8,926.95 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.92 | | 8,931.87 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.45 | | 8,936.32 |
| 10/13/07 | 1004 | Illinois Department of Revenue | Payment of Taxes | 2820-000 | | 71.00 | 8,865.32 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 5.24 | | 8,870.56 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.61 | | 8,875.17 |
| 12/16/07 | 1005 | Illinois Department of Revenue | Payment of tax due for period ending 12/06 IL-1041 | 2820-000 | | 6.54 | 8,868.63 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 4.52 | | 8,873.15 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 4.05 | | 8,877.20 |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 1.82 | | 8,879.02 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.64 | | 8,880.66 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 1.23 | | 8,881.89 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.11 | | 8,883.00 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 1.12 | | 8,884.12 |

Subtotals :    $44.39    $77.54

{} Asset reference(s)                                    Printed: 07/06/2008 03:46 PM    V.10.03

## Form 2

Page: 3

### Cash Receipts And Disbursements Record

**Case Number:** 05-35945 JS  
**Case Name:** PETERS, DOLORES R.  

**Taxpayer ID #:** 13-7514680  
**Period Ending:** 07/06/08  

**Trustee:** BRADLEY J. WALLER (330500)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****45-65 - Money Market Account  
**Blanket Bond:** $5,000,000.00 (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | **ACCOUNT TOTALS** | | 15,747.66 | 6,863.54 | $8,884.12 |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 15,747.66 | 6,863.54 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$15,747.66** | **$6,863.54** | |

| | | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|---|
| **TOTAL - ALL ACCOUNTS** | | | | |
| **MMA # ***-*****45-65** | | 15,747.66 | 6,863.54 | 8,884.12 |
| | | $15,747.66 | $6,863.54 | $8,884.12 |

{} Asset reference(s)  
Printed: 07/06/2008 03:46 PM    V.10.03

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PETERS, DOLORES R. | ) | |
| | ) | CASE NO. 05-35945 JS |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---:|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 4,632.19 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 3,506.51 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 745.42 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 8,884.12 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                         **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $4,632.19 | 100.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
| BRADLEY J. WALLER | 2,324.77 | 2,324.77 |
| BRADLEY J. WALLER | 1,416.17 | 1,416.17 |
| LEE G. SCHWENDNER, CPA | 891.25 | 891.25 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |
| **CLAIM NUMBER**    **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 3**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**   **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER**   **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**   **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER**   **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 4**

| 507(a)(7) - Alimony | $0.00 | 0.00% |
|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **10.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §724(b) - Tax Liens | | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| **11.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(8) - Tax claims excluding fines and penalties | | $3,506.51 | 100.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|
| 6A | Department of the Treasury-Internal Revenue Service | 3,506.51 | 3,506.51 |

| **12.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | | $0.00 | 0.00% |

| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |
|---|---|---|---|

| **13.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are | | $28,804.79 | 2.59% |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 5**

paid in full)

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 1 | Commonwealth Edison | 1,426.35 | 36.91 |
| 2 | South Holland paper | 23,678.44 | 612.76 |
| 3 | Cobblestone Ovens, Inc. | 500.00 | 12.94 |
| 4 | Burham Proeprties | 3,200.00 | 82.81 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| | §726(a)(4) - Fines/penalties | $264.51 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| 6B | Department of the Treasury-Internal Revenue Service | 264.51 | 0.00 |

| | | TOTAL | FINAL |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                      **PAGE 6**

| 17. | TYPE OF CLAIMS | AMOUNT OF CLAIMS | DIVIDEND% |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 18. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 5 | Great Lakes Bank Len Hallin<br>Great Lakes Bank<br>11346 S Cicero Ave<br>Alsip, IL  60803 | $75,204.38 | Disallowed per Court order of 03/03/2008 |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

Dated: _____         _____
                                                                BRADLEY J. WALLER, Trustee

**EXHIBIT D**

Dolores R. Peters
05-35945

## PROFESSIONAL FEES AND EXPENSES

|  | Previously Allowed | Pending Compensation Applications | Fees & Expenses Total |
|---|---:|---:|---:|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee** Lee G. Schwendner, CPA DiGiovine, Hnilo, Jordan & Johnson 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | 0.00 | 891.25 | 891.25 |
| **Auctioneer for Trustee** Don Dodge American Auction Associates | 614.81 | 0.00 | 614.81 |
| **Attorney for Debtor** David Lloyd Grochocinski, Grochocinski & Lloyd 1900 Ravinia Pl Orland Park, IL 60462 | 1,985.00 | 0.00 | 1,985.00 |
| **Other Professionals** Bradley J. Waller, Trustee Klein, Stoddard, Buck, Waller & Lewis 2045 Aberdeen Court Sycamore, IL 60178 | 0.00 | 3,740.94 | 3,740.94 |
| TOTAL | $ 2,599.81 | $ 4,632.19 | $ 7,232.00 |

**EXHIBIT G**