**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| PETERS, DOLORES R. | ) | |
| | ) | CASE NO. 05-35945 JS |
| | ) | |
| | ) | JUDGE JACK B. SCHMETTERER |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At: **UNITED STATES BANKRUPTCY COURT**
    **219 SOUTH DEARBORN ST. COURTROOM 682**
    **CHICAGO, ILLINOIS 60604**

    On: **SEPTEMBER 18, 2008**

    At: **10:30 A.M.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3. The Trustee's Final Report shows total:

    a. Receipts                                    $         15,747.66

    b. Disbursements                               $          6,863.54

    c. Net Cash Available for Distribution         $          8,884.12

4. Applications for administration fees and expenses have been filed as follows:

| Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
|---|---|---|---|
| Bradley J. Waller, Trustee | $ 0.00 | $ 2,324.77 | $ 1,416.17 |
| Don Dodge, Auctioneer | $ 614.81 | $ 0.00 | $ 0.00 |
| Lee Schwendner, Accountant | $ 0.00 | $ 891.25 | $ 0.00 |

5. In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $3,506.51 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 100.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 6A | Department of the Treasury-Internal Revenue Service | $ 3,506.51 | $ 3,506.51 |

6. Claims of general unsecured creditors totaling $29,069.30, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 2.56%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Commonwealth Edison | $ 1,426.35 | $ 36.91 |
| 2 | South Holland paper | $ 23,678.44 | $ 612.76 |
| 3 | Cobblestone Ovens, Inc. | $ 500.00 | $ 12.94 |
| 4 | Burham Properties | $ 3,200.00 | $ 82.81 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. Bakery
    c. Bank Account
    d. Security Deposit-ComEd
    e. Earnest Money-Coldwell Banker
    f. Household Goods
    g. Wearing Apparel
    h. Whole Life Insurance
    i. Possible Claim vs. Great Lakes Bank
    j. Claim for Breach of R/E Contract
    k. 1995 Ford Van
    l. Bakery Equipment

Dated:    **August 12, 2008**                    For the Court,


                                    By:   **KENNETH GARDNER**
                                          Kenneth Gardner
                                          Clerk of the United States Bankruptcy Court

219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

BAE SYSTEMS
Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

5945   Doc 43   Filed 08/12/08   Entered 08/15/08 00:39:01   Desc Imaged
Certificate of Service   Page 4 of 4

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: sward              Page 1 of 1                  Date Rcvd: Aug 12, 2008
Case: 05-35945                    Form ID: pdf002          Total Served: 19


The following entities were served by first class mail on Aug 14, 2008.
db           +Dolores R Peters,    19830 Burnham Avenue,   Chicago Heights, IL 60411-9752
aty          +David P Lloyd,    Grochocinski, Grochocinski & Lloyd,    1900 Ravinia Place,
               Orland Park, IL 60462-3760
tr           +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
9786409      +Burham Proeprties,    P.O. Box 401,   Lansing, IL 60438-0401
9786410      +Cobblestone Ovens, Inc.,    4301 Regency Drive,    Glenview, IL 60025-5209
9786412      +Cook County Treasurer,    118 N. Clark St., Suite 434,    Chicago, IL 60602-1413
9786414      +Fifth Third Bank,    37 Joliet St,   Dyer, IN 46311-1745
10557854     +Great Lakes Bank,    Len Hallin,   Great Lakes Bank,    11346 S Cicero Ave,   Alsip, IL 60803-2826
9786415      +Great Lakes Bank,    c/o Field & Golan, LLP,    70 W. Madison Street, Suite 1500,
               Chicago, IL 60602-4265
9786416      +Grellner & Berg, Inc.,    10336 S. Western Avenue,    Chicago, IL 60643-2411
9786418     ++INTERNAL REVENUE SERVICE,    CENTRALIZED INSOLVENCY OPERATIONS,    PO BOX 21126,
               PHILADELPHIA PA 19114-0326
              (address filed with court: Department of the Treasury-Internal Revenue Servic,
               Centralized Insolvency Operations,    P O Box 21126,   Philadelphia, PA 19114)
9786417      +Illinois Department of Revenue,    Bankuptcy Section Level 7-425,    100 W. Randolph Street,
               Chicago, IL 60601-3218
9786419      +John Deere Credit,    P.O. Box 4450,   Carol Stream, IL 60197-4450
9786420      +Law Ofc. of Ron Primack, LLC,    18401 Maple Creek Drive,    Suite 100,
               Tinley Park, IL 60477-2902
9786422      +Rieds Fire Equipment,    PO Box 204,   Lansing, IL 60438-0204
9786423       SBC,   Bill Payment Center,    Chicago, IL 60663-0001
9786424      +South Holland paper,    72 East Sauk Trail,   Chicago Heights, IL 60411-5547
The following entities were served by electronic transmission on Aug 13, 2008.
9786411      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                           Commonwealth Edison,
               Bill Payment Center,    2100 Swift Dr,   Oakbrook, IL 60523-1559
9786421      +E-mail/Text: bankrup@nicor.com                                     Nicor,   Attn: Bankruptcy & Collections,
               P.O. Box 549,    Aurora, IL 60507-0549
                                                                                              TOTAL: 2

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
9786408       Allied Waste
9786413       Dawn
aty*         +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
               Sycamore, IL 60178-3140
                                                                                              TOTALS: 2, * 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 14, 2008**        **Signature:** *Joseph Speetjens*